United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL EARL WOODS,

Plaintiff,

v.

JOHN GRANT, et al.,

Defendants.

Case No.  24-cv-00586-TLT

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner incarcerated at San Quentin Rehabilitation Center (SQRC), filed a *pro se* civil rights action regarding medical care at SQRC and San Joaquin General Hospital. The Court previously dismissed plaintiff's action for failing to comply with General Order No. 76. Dkt. No. 9. The Court subsequently reopened the case, allowed leave to file the case-initiating documents by mail, and dismissed the complaint with leave to amend. Dkt. No. 14. The deadline has long passed, and plaintiff has neither filed an amended complaint nor communicated with the Court in any way. The case is therefore dismissed. The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2025

TRINA L. THOMPSON
United States District Judge